**Order entered March 12, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00510-CV

### JACOLBY ANDERSON, Appellant

### V.

### LONESTAR PATENT SERVICES, INC., Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-00393-E**

## ORDER

Before the Court is appellant's March 6, 2019 unopposed motion for an extension of time

to file an amended brief.  We **GRANT** the motion and extend the time to **March 26, 2019**.


/s/      ROBERT D. BURNS, III
CHIEF JUSTICE